KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ALISON E. DAW (CSBN 137026)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5044
   FAX: (408) 535-5081
   Email: alison.daw@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 6/6/05*

| | |
|---|---|
| YUN MI, | No. C 05-1020 RMW |
|    Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al., | |
|    Defendants. | |

   Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate that this action shall be, and hereby is, dismissed.

DATED: June 1, 2005                Respectfully submitted,

                                       KEVIN V. RYAN
                                       United States Attorney

                                       /s/ Alison E. Daw
                                       ALISON E. DAW
                                       Assistant United States Attorney

///

///

///

///

1 | DATED: June 2, 2005                    Respectfully submitted,

2 |                  BAUGHMAN & WANG

3

4 |                  /s/ Justin X. Wang
                 JUSTIN X. WANG
                 Attorneys for Plaintiff

**ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

DATED:  6/6/05                          /S/ RONALD M. WHYTE
                 RONALD M. WHYTE
                 United States District Judge